# EXHIBIT 3



**BROOKS | KUSHMAN**
INTELLECTUAL PROPERTY LAW

**Brooks Kushman P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075-1238 USA

Tel (248) 358-4400 • Fax (248) 358-3351

www.brookskushman.com

ERNIE L. BROOKS
1942-2007

March 29, 2010

The Honorable Stefan R. Underhill
United States District Court
 for the District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard, Suite 411
Bridgeport, CT 06604

    Re:    **Suggestion of Lack of Subject Matter Jurisdiction**
              *Advance Watch Co., Ltd. v. Timex Group USA, Inc.*
              **Civil Action No. 3:10-cv-00239-SRU**
              **Our File No. ADW 4241 L**

Dear Judge Underhill:

        We represent Advance Watch Co., Ltd. ("Advance Watch") in the above-captioned matter. On March 22, 2010 and March 26, 2010, counsel for Relator/Plaintiff Dr. Bentley A. Hollander wrote letters to Your Honor, suggesting that the Court lacks subject matter jurisdiction over this action. For the reasons set forth herein, Advance Watch respectfully requests the Court to decline this suggestion.

        On January 29, 2010, Dr. Hollander filed a *qui tam* action against Timex Group USA, Inc. ("Timex") for false marking in the United States District Court for the Eastern District of Pennsylvania. Dr. Hollander brought the action as a private citizen. Counsel does not mention that Dr. Hollander is in the business of filing *qui tam* actions. Dr. Hollander has filed at least seven *qui tam* actions for false marking this year. (Exhibit 1.) In *Vermont Agency of Natural Resources v. United States ex rel. Stevens*, 529 U.S. 765 (2000), the Supreme Court identified such abuses of *qui tam* statutes by private citizens:

> Notwithstanding the historical role *qui tam* statutes played, they became subject to abuse. Some citizens, lured by the promise of a financial windfall, became "professional informers." *Id.* at 575-78 (noting that such individuals were described by contemporaries as *"vartlets," "lewde," "evil,"* and *"viperous vermin."*). In part as a result of overzealous litigation, many "informer statutes" were repealed, and other statutes were passed to limit their use. *Vermont Agency*, 529 U.S. at 775-76[.]

*Pequignot v. Solo Cup Co.*, 640 F.Supp.2d 714, 719 (E.D. Vir. 2009).



The Honorable Stefan R. Underhill
March 29, 2010
Page 2

Dr. Hollander's actions exemplify the overzealous litigation that has led to a severely reduced number of *qui tam* statutes that are in force today. In contrast, Advance filed its action as a direct competitor of Timex in the sports watch business (Dkt. # 1, ¶ 3), alleging that Timex's false marking activities are injurious to competition (Dkt. # 1, ¶ 24). This action is the *first* false patent marking action predicated on *competitive injury*.

Dr. Hollander argues that he has standing as the first-filed *qui tam* action against Timex for false marking under 35 U.S.C. § 292(b), which precludes Advance from having standing in this action. In support of his position, Dr. Hollander cites to a 1941 opinion from the Southern District of New York that resolves standing of a *qui tam* claim under the False Claims Act. *United States v. B.F. Goodrich Co.*, 41 F.Supp. 574 (S.D.N.Y. 1941). Unlike the Patent Statute, the False Claims Act includes a statutory "first to file" rule:

> The False Claims Act contains a "first to file" rule, which states: "When a person brings [a *qui tam* action], no person other than the Government may intervene or bring a related action based on the facts underlying the pending action. 31 U.S.C. § 3730(b)(5).
>
> *United States ex. Rel. Walburn v. Lockheed Martin Corp.*, 312 F.Supp.2d 936, 939 (S.D. Ohio 2004).

Since the Patent Statute does not include a first to file rule, it must be presumed that Congress did not intend any such rule. *See United States v. Naftalin*, 441 U.S. 768, 773-774 (1979) ("The short answer is that Congress did not write the statute that way.") As such, the *Walburn* case and the False Claims Act are not applicable and do not resolve the issue of standing between Dr. Hollander and Advance Watch.

This issue of standing under the false marking provision of the Patent Statute has been subject to great attention recently. In *Stauffer v. Brooks Bros., Inc.*, 615 F. Supp. 2d 248, 254 (S.D.N.Y. 2009)[1], the District Court dismissed a *qui tam* relator's complaint under 35 U.S.C. § 292, where the relator pled only vague and generalized allegations of harm. *Stauffer*, 615 F. Supp. at 254. The court held that the conclusory statements of harm set forth in the complaint were "insufficient to establish anything more than the sort of 'conjectural or hypothetical' harm that the Supreme Court instructs is insufficient." *Id.* at 255. Dr. Hollander's complaint suffers from the same flaws of not alleging a particularized harm: "Timex has injured the sovereign interests of the United States of America as well as the public interest, and has discouraged or deterred honest competition and innovation in competing products (*e.g.*, ¶¶ 36 and 46 of Dr. Hollander's complaint).

---

[1] The *Stauffer* case is currently on appeal to the Federal Circuit (Appeal Nos. 2009-1428, 2009-1430, 2009-1453). The Federal Circuit's ruling in the *Stauffer* case will resolve the exact issue that has been presented by Dr. Hollander. Therefore, it is premature for Dr. Hollander to suggest that this Court does not have subject matter jurisdiction while the present *Stauffer* ruling is contrary.



The Honorable Stefan R. Underhill
March 29, 2010
Page 3


      Further, the Senate recently released a revised version of S 515. This is the Senate's version of the Patent Reform Act of 2010. According to the bill, standing for a false marking claim would be limited to parties that can establish competitive injury. Therefore, any argument that Dr. Hollander could make with regard to standing would be eliminated. As the bill is currently proposed, this provision would apply to all pending cases. This legislative movement further supports that Dr. Hollander's suggestion should not be adopted.

      In light of the foregoing, Advance Watch asks this Court to decline Dr. Hollander's improper letter suggestion to the Court.

                           Very truly yours,

                             **BROOKS KUSHMAN P.C.**

                             Mark A. Cantor

MAC/sdd
cc:    Jacob C. Cohn, Esq. (via email)
        Eliot B. Gersten, Esq. (via email)
        James K. Robertson, Jr., Esq. (via email)



# EXHIBIT 1

**5:10-cv-00835-MAM HOLLANDER v. B. BRAUN MEDICAL, INC.**
MARY A. MCLAUGHLIN, presiding
Date filed: 03/01/2010
Date of last filing: 03/29/2010

# Case Summary

**Office:** Allentown
**Jury Demand:** None
**Nature of Suit:** 830
**Jurisdiction:** Federal Question
**County:** Philadelphia
**Origin:** 1
**Lead Case:**
**Related Case:**
**Def Custody Status:**
**Flags:** A/R, STANDARD

**Filed:** 03/01/2010
**Demand:**
**Cause:** 35:271 Patent Infringement
**Disposition:**
**Terminated:**
**Reopened:**
None
None

**Other Court Case:** None

| | | | |
|---|---|---|---|
| **Plaintiff:** BENTLEY A. HOLLANDER | represented by | AARON J. FREIWALD | **Phone:** 215-875-8000 **Email:** ajf@layserfreiwald.com |
| **Defendant:** B. BRAUN MEDICAL, INC. | represented by | DARIUS C. GAMBINO | **Phone:** 215-656-3300 **Email:** darius.gambino@dlapiper.com |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/29/2010 15:00:21 | | | |
| **PACER Login:** | bk0011 | **Client Code:** | ADW 4241 L |
| **Description:** | Case Summary | **Search Criteria:** | 5:10-cv-00835-MAM |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**2:10-cv-00526-PBT** HOLLANDER v. ETYMOTIC RESEARCH, INC.
PETRESE B. TUCKER, presiding
Date filed: 02/05/2010
Date of last filing: 03/22/2010

# Case Summary

| | | |
|---|---|---|
| **Office:** Philadelphia | **Filed:** 02/05/2010 | |
| **Jury Demand:** Plaintiff | **Demand:** | |
| **Nature of Suit:** 830 | **Cause:** 35:271 Patent Infringement | |
| **Jurisdiction:** Federal Question | **Disposition:** | |
| **County:** Philadelphia | **Terminated:** | |
| **Origin:** 1 | **Reopened:** | |
| **Lead Case:** | None | |
| **Related Case:** | None | **Other Court Case:** None |
| **Def Custody Status:** | | |
| **Flag:** STANDARD | | |

| | | | |
|---|---|---|---|
| **Plaintiff:** BENTLEY A. HOLLANDER | represented by | JACOB C. COHN | **Phone:** 215-665-2000<br>**Fax:** 215-665-2013<br>**Email:** jcohn@cozen.com |
| **Plaintiff:** BENTLEY A. HOLLANDER | represented by | ILAN ROSENBERG | **Phone:** 215-665-4621<br>**Fax:** 215-701-2021<br>**Email:** irosenberg@cozen.com |
| **Defendant:** ETYMOTIC RESEARCH, INC. | represented by | LYNN BAVARO MORREALE | **Phone:** 215-568-3100<br>**Fax:** 215-568-3439<br>**Email:** morreale@woodcock.com |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/29/2010 14:57:43 | | | |
| **PACER Login:** | bk0011 | **Client Code:** | ADW 4241 L |
| **Description:** | Case Summary | **Search Criteria:** | 2:10-cv-00526-PBT |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**2:10-cv-00492-LDD** HOLLANDER v. EUSA PHARMA (USA), INC.
LEGROME D. DAVIS, presiding
Date filed: 02/02/2010
Date of last filing: 03/26/2010

# Case Summary

**Office:** Philadelphia
**Jury Demand:** Plaintiff
**Nature of Suit:** 830
**Jurisdiction:** Federal Question
**County:** Philadelphia
**Origin:** 1
**Lead Case:** None
**Related Case:** None
**Def Custody Status:**
**Flag:** STANDARD

**Filed:** 02/02/2010
**Demand:**
**Cause:** 35:271 Patent Infringement
**Disposition:**
**Terminated:**
**Reopened:**

**Other Court Case:** None

| | | | |
|---|---|---|---|
| **Plaintiff:** BENTLEY A. HOLLANDER | represented by | JACOB C. COHN | **Phone:** 215-665-2000  **Fax:** 215-665-2013  **Email:** jcohn@cozen.com |
| **Plaintiff:** BENTLEY A. HOLLANDER | represented by | ILAN ROSENBERG | **Phone:** 215-665-4621  **Fax:** 215-701-2021  **Email:** irosenberg@cozen.com |
| **Defendant:** EUSA PHARMA (USA), INC. | represented by | JOHN V. GORMAN | **Email:** jgorman@morganlewis.com |
| **Defendant:** EUSA PHARMA (USA), INC. | represented by | WILLIAM JACKSON MATNEY, JR. | **Phone:** 202-739-3000 |
| **Defendant:** EUSA PHARMA (USA), INC. | represented by | ROBERT J. SMYTH | **Phone:** 202-739-3000 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/29/2010 14:56:24 | | | |
| **PACER Login:** | bk0011 | **Client Code:** | ADW 4241 L |
| **Description:** | Case Summary | **Search Criteria:** | 2:10-cv-00492-LDD |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

## 2:10-cv-00235-JD HOLLANDER v. HOSPIRA, INC.
JAN E. DUBOIS, presiding
Date filed: 01/19/2010
Date of last filing: 03/22/2010

# Case Summary

**Office:** Philadelphia  
**Jury Demand:** Plaintiff  
**Nature of Suit:** 830  
**Jurisdiction:** Federal Question  
**County:** Philadelphia  
**Origin:** 1  
**Lead Case:** None  
**Related Case:** None  
**Def Custody Status:**  
**Flag:** STANDARD  

**Filed:** 01/19/2010  
**Demand:**  
**Cause:** 35:271 Patent Infringement  
**Disposition:**  
**Terminated:**  
**Reopened:**  

**Other Court Case:** None

| | | | |
|---|---|---|---|
| **Plaintiff:** BENTLEY A. HOLLANDER | represented by | JACOB C. COHN | **Phone:** 215-665-2000 **Fax:** 215-665-2013 **Email:** jcohn@cozen.com |
| **Plaintiff:** BENTLEY A. HOLLANDER | represented by | ILAN ROSENBERG | **Phone:** 215-665-4621 **Fax:** 215-701-2021 **Email:** irosenberg@cozen.com |
| **Defendant:** HOSPIRA, INC. | represented by | TRACY ZURZOLO QUINN | **Phone:** 215-851-8286 **Fax:** 215-851-1420 **Email:** tfrisch@reedsmith.com |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/29/2010 14:50:51 | | | |
| **PACER Login:** | bk0011 | **Client Code:** | ADW 4241 L |
| **Description:** | Case Summary | **Search Criteria:** | 2:10-cv-00235-JD |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**2:10-cv-00836-RB** HOLLANDER v. ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.
RONALD L. BUCKWALTER, presiding
Date filed: 03/01/2010
Date of last filing: 03/25/2010

# Case Summary

**Office:** Philadelphia
**Jury Demand:** Plaintiff
**Nature of Suit:** 830
**Jurisdiction:** Federal Question
**County:** Philadelphia
**Origin:** 1
**Lead Case:**
**Related Case:**
**Def Custody Status:**
**Flag:** STANDARD

**Filed:** 03/01/2010
**Demand:**
**Cause:** 35:271 Patent Infringement
**Disposition:**
**Terminated:**
**Reopened:**
None
None

**Other Court Case:** None

**Plaintiff:** BENTLEY A. HOLLANDER         represented by   AARON J. FREIWALD    **Phone:** 215-875-8000
                                                                                **Email:** ajf@layserfreiwald.com
**Defendant:** ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.   represented by   ALFRED W. PUTNAM, JR.   **Phone:** 215-988-2700
                                                                                **Email:** alfred.putnam@dbr.com

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/29/2010 15:00:45 | | | |
| **PACER Login:** | bk0011 | **Client Code:** | ADW 4241 L |
| **Description:** | Case Summary | **Search Criteria:** | 2:10-cv-00836-RB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**2:10-cv-00793-MMB** HOLLANDER v. RANBAXY LABORATORIES INC.
MICHAEL M. BAYLSON, presiding
Date filed: 02/23/2010
Date of last filing: 03/16/2010

# Case Summary

**Office:** Philadelphia
**Jury Demand:** Plaintiff
**Nature of Suit:** 830
**Jurisdiction:** Federal Question
**County:** Philadelphia
**Origin:** 1
**Lead Case:**
**Related Case:**
**Def Custody Status:**
**Flag:** STANDARD

**Filed:** 02/23/2010
**Demand:**
**Cause:** 35:271 Patent Infringement
**Disposition:**
**Terminated:**
**Reopened:**
None
None

**Other Court Case:** None

| | | | |
|---|---|---|---|
| **Plaintiff:** BENTLEY A. HOLLANDER | represented by | JACOB C. COHN | **Phone:** 215-665-2000 **Fax:** 215-665-2013 **Email:** jcohn@cozen.com |
| **Plaintiff:** BENTLEY A. HOLLANDER | represented by | ILAN ROSENBERG | **Phone:** 215-665-4621 **Fax:** 215-701-2021 **Email:** irosenberg@cozen.com |

**Defendant:** RANBAXY LABORATORIES INC.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/29/2010 14:59:00 | | | |
| **PACER Login:** | bk0011 | **Client Code:** | ADW 4241 L |
| **Description:** | Case Summary | **Search Criteria:** | 2:10-cv-00793-MMB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**2:10-cv-00429-BMS** HOLLANDER v. TIMEX GROUP USA, INC.
BERLE M. SCHILLER, presiding
Date filed: 01/29/2010
Date of last filing: 03/24/2010

# Case Summary

**Office:** Philadelphia
**Jury Demand:** Plaintiff
**Nature of Suit:** 830
**Jurisdiction:** Federal Question
**County:** Philadelphia
**Origin:** 1
**Lead Case:**
**Related Case:**
**Def Custody Status:**
**Flag:** STANDARD

**Filed:** 01/29/2010
**Demand:**
**Cause:** 35:271 Patent Infringement
**Disposition:**
**Terminated:**
**Reopened:**
None
None

**Other Court Case:** None

| | | | |
|---|---|---|---|
| **Plaintiff:** BENTLEY A. HOLLANDER | represented by | JACOB C. COHN | **Phone:** 215-665-2000 **Fax:** 215-665-2013 **Email:** jcohn@cozen.com |
| **Plaintiff:** BENTLEY A. HOLLANDER | represented by | ILAN ROSENBERG | **Phone:** 215-665-4621 **Fax:** 215-701-2021 **Email:** irosenberg@cozen.com |
| **Defendant:** TIMEX GROUP USA, INC. | represented by | SARAH S. HEALEY | |
| **Defendant:** TIMEX GROUP USA, INC. | represented by | JAMES K. ROBERTSON, JR. | |
| **Defendant:** TIMEX GROUP USA, INC. | represented by | JAY CHRISTOPHER ROONEY | **Phone:** 203-777-5501 **Email:** crooney@carmodylaw.com |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/29/2010 14:55:24 | | | |
| **PACER Login:** | bk0011 | **Client Code:** | ADW 4241 L |
| **Description:** | Case Summary | **Search Criteria:** | 2:10-cv-00429-BMS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |