UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ADVANCE WATCH CO. LTD.

v.  3:10CV239   (SRU)

TIMEX GROUP USA INC.

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendant's motion to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and after a hearing held on September 22, 2010, the motion was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for all the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 23rd day of September 2010.

ROBERTA D. TABORA, Clerk

By _____
Deputy Clerk

Entered on Docket 9/23/10